UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
DIONICIO OGARRIO,             )
                              )
     Plaintiff,               )
                              )
         v.                   )   NO.  3:12-0299
                              )
RALPH G. GANDIA, JR., et al., )   Judge Haynes/Bryant
                              )
     Defendants.              )
```

**O R D E R**

This case has been referred to the undersigned Magistrate Judge for management of the case (Docket Entry No. 4). The initial case management conference is **reset** to **May 22, 2012, at 10:30 a.m.**, in Courtroom 776, U.S. Courthouse, 801 Broadway, Nashville, Tennessee. The parties shall file a proposed case management order three (3) business days prior to May 22, 2012.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge