IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DIONICIO OGARRIO, | ) |
| | ) |
| Plaintiff, | ) NO. 3:12-00299 |
| | ) JUDGE HAYNES |
| v. | ) |
| | ) |
| RALPH G. GANDIA, JR. a/k/a | ) |
| RAFAEL GANDIA GRAULAU d/b/a | ) |
| R.G. Cleaning Services, *et al.* | ) |
| | ) |
| Defendants. | ) |

## O R D E R

Based upon the plaintiff's notice of voluntary dismissal of all claims against defendants Noble Shah Investment Group, Inc. and Noble Investments–Cool Springs, LLC without prejudice (Docket Entry No. 17), this action is **DISMISSED without prejudice** as to defendants Noble Shah Investment Group, Inc. and Noble Investments–Cool Springs, LLC.

It is so **ORDERED**.

ENTERED this the 1st day of May, 2012.

William J. Haynes, Jr.
United States District Judge