IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DIONICIO OGARRIO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:12-0299 |
| v. ) | Chief Judge Haynes |
| ) | |
| RALPH G. GANDIA, JR a/k/a ) | |
| RAFAEL GANDIA GRAULAU d/b/a ) | |
| R.G. CLEANING SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This action was set for a final pretrial conference on July 22, 2013 at 3:00 p.m. Neither Plaintiff nor Defendants appeared to plan for the August 6, 2013 trial.

Accordingly, this action is **DISMISSED without prejudice** under Fed. R. Civ. P 41(b).

It is so **ORDERED**.

**ENTERED** this the 23rd day of July, 2013.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court