IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DIONICIO OGARRIO,<br><br>Plaintiff,<br><br>v.<br><br>RALPH G. GANDIA, JR a/k/a<br>RAFAEL GANDIA GRAULAU d/b/a<br>R.G. CLEANING SERVICES, et al.,<br><br>Defendants. | No. 3:12-0299<br>Chief Judge Haynes |

## ORDER

This action was set for a final pretrial conference on July 22, 2013 at 3:00 p.m. Neither Plaintiff nor Defendants appeared to plan for the August 6, 2013 trial.

Accordingly, this action is **DISMISSED without prejudice** under Fed. R. Civ. P 41(b).

It is so **ORDERED**.

**ENTERED** this the 23rd day of July, 2013.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court